In re Alexandria City Council et ah; Lawson, Myron K. Hon.; Johnson, Roosevelt, L. Hon.; Hobbs, Everett C. Hon.; Smith, Charles F. Jr. Hon.; Marshall, Louis Hon.; — Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Rapides, 9th Judicial District Court Div. G, No. 229,053; to the Court of Appeal, Third Circuit, No. CW 07-1322.
Not considered; not timely filed. See State v. Crandell, 05-1060 (La.3/10/06), 924 So.2d 122; Morris v. Stueben, 01-0137 (La.3/16/01), 781 So.2d 1220.